**Entered on Docket**
**July 30, 2009**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

___

David M. Crosby, Esq. #3499
**CROSBY & ASSOCIATES**
711 South Eighth Street
Las Vegas, NV 89101
(702) 382-2600
Attorney for Debtor(s)

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| In Re<br><br>KATHLEEN L. HAMZAJ<br><br>                    Debtor | Case No.: 09-18235-lbr<br>Chapter 13<br><br>Date: N/A:<br>Time: N/A |

## ORDER GRANTING DEBTOR'S MOTION TO VOLUNTARILY DISMISS CHAPTER 13 CASE

The Debtor's Motion to Voluntarily Dismiss Kathleen L. Hamzaj from the Chapter 13 Case having been reviewed and signed by the chapter 13 trustee;

It is in the best interest of Creditors, the Debtors, and the estate that the case be dismissed and that any funds paid into the plan thus far, less trustee fees and attorney fees, be refunded to Debtors;

///
///
///
///
///
///

F:\Bankruptcy\Amelina (Samples)\Motions\motion to dismiss and order Figueroa_bahena.wpd

1     IT IS HEREBY ORDERED, ADJUDGED and DECREED that the Debtor's Motion
2 and Order to Voluntarily Dismiss Chapter 13 Case is hereby granted.
3     IT IS SO ORDERED.

Submitted By:

CROSBY & ASSOCIATES

_[signature]_

David M. Crosby, Esq.
Attorney for Debtor

APPROVED:

_[signature]_ 7-23-09

Rick A. Yarnall, Trustee
701 S. Bridger, Ste. 820
Las Vegas, NV 89101

###

## ALTERNATIVE METHOD RE: RULE 9021

In accordance with Local Rule 9021, counsel submitting this document certifies as follows (check one):

( ) The Court waived the requirements of approval under LR 9021.

( ) No parties appeared or filed written objections, and there is no trustee appointed in this case.

( x ) I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below:

| | APPROVED | DISAPPROVED | NO RESPONSE |
|---|---|---|---|
| CHAPTER 13 TRUSTEE: Rick A. Yarnall | | | |

I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct.

/s/ Amelina Delgado
An employee of Crosby & Associates

F:\Bankruptcy\Amelina (Samples)\Motions\motion to dismiss.and.order Figueroa bahena.wpd