

**Entered on Docket
August 13, 2009**

_____
**Hon. Bruce A. Markell
United States Bankruptcy Judge**
_____

RICK A. YARNALL
CHAPTER 13 BANKRUPTCY TRUSTEE
Marianne Gatti, Esq.
Nevada Bar No. 7717
701 Bridger Avenue, Suite 820
Las Vegas, Nevada  89101
Telephone:  (702) 853-4500
RAY13mail@LasVegas13.com

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

| In re: | BK-S-09-19710-BAM<br>Chapter 13 |
|---|---|
| THEODORA HART,<br><br>              Debtor(s). | Hearing Date:  N/A<br>Hearing Time:  N/A |

**ORDER DISMISSING CHAPTER 13
CASE PURSUANT TO SECTION 521(i)**

As the above-captioned Debtor(s) has not complied with 11 U.S.C §521(i) in that the Debtor(s) has not filed the required Statement of Financial Affairs and Statement of Current Monthly Income and Means Test Calculation within the forty-five (45) day period, which expired on Thursday, July 23, 2009.

**IT IS HEREBY ORDERED** that the above-captioned bankruptcy proceeding under chapter 13 is DISMISSED for the Debtor(s) failure to comply with 11 U.S.C. §521(i);

1

1     **IT IS FURTHER ORDERED** that Trustee shall be allowed administrative expenses in the amount
2 of $150.00 per quarter that case is pending;
3     **IT IS SO ORDERED**.

5     DATED this 12th day of August, 2009.

7 Submitted by:

10 _____
MARIANNE GATTI, ESQ.
Nevada Bar No. 7717
701 Bridger Ave., Suite 820
Attorney for RICK A. YARNALL,
Chapter 13 Bankruptcy Trustee
(ljg)

###

2