Filed Electronically_____

**Entered on Docket**
**August 13, 2009**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone:  702 258-8200
Fax:  702 258-8787
bk@wildelaw.com

and

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

Wells Fargo Bank, N.A.
09-72005 / 0205371909

# UNITED STATES BANKRUPTCY COURT

## SOUHERN DISTRICT OF NEVADA

In Re:

Mark S. Medina and Theresa Medina

Debtors.

08-20668-lbr

Motion no.
Date: 5-6-09
Time: 10:30AM

Chapter 13

1

## ORDER VACATING AUTOMATIC STAY

2          Pursuant to the Declaration re Breach of Condition filed on July 21, 2009 and Debtors failure to

3  cure the default prior to its expiration, and good cause appearing.

4          IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the

5  above-entitled bankruptcy proceeding is immediately vacated and extinguished for all purposes as to

6  Secured Creditor, Wells Fargo Bank, N.A. its assignees and/or successors in interest, and Secured

7  Creditor may proceed with a foreclosure of and hold a Trustee's Sale of the subject property, generally

8  described as 4705 Millbrook Court, Las Vegas NV and legally described as follows:

9  Lot Twelve (12) in Block Two (2) of SPRING VALLEY UNIT NO. 6, as shown by Map thereof on file
   in Book 17, of Plats, page 55, in the office of the County Recorder of Clark County, Nevada.
10 A.P.N.: 163-22-810-051

11 pursuant to applicable State Laws, and thereafter commence any action necessary to

12 obtain complete possession of the subject property.
13

14          **IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall**

15 **give Debtors and Trustee at least five business days' notice of the time, place and date of sale.**

16 ///

17 ///

18 ///

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

1    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Secured Creditor hereby

2  withdraws its secured Proof of Claim filed in this matter.  The Secured Creditor shall notify the Trustee

3  of the completion of the foreclosure sale.  If applicable, Secured Creditor may thereafter amend its

4  secured Proof of Claim to an unsecured Proof of Claim no later than forty-five (45) days after the

5  foreclosure sale.

6    DATED this _____ day of _____, 2009.

7

8  Submitted by:

9  Wilde & Associates

10  By _____

11    **GREGORY L. WILDE, ESQ.**
     Attorney for Secured Creditor
12    208 South Jones Boulevard
     Las Vegas, Nevada 89107

13