

**Entered on Docket**
**August 10, 2009**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

**WILDE & ASSOCIATES**
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone:  702 258-8200
bk@wildelaw.com
Fax:  702 258-8787
and
MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000
Deutsche Bank National Trust Company, as Trustee fo ABFC Asset Backed Securites Trust Series 2005-WF1
09-71128

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In Re: | BK-09-10988-lbr |
|---|---|
| Nevin G. Perryman and Emily D. Perryman | Date:  7/29/09<br>Time: 10:30am |
| Debtors. | Chapter 13 |

## ORDER VACATING AUTOMATIC STAY

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the

above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to

Secured Creditor Deutsche Bank National Trust Company, as Trustee fo ABFC Asset Backed Securites

Trust Series 2005-WF1, its assignees and/or successors in interest, of the subject property, generally

described as 7204 Bindweed Rd., Las Vegas, NV 89113.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give

Debtors and Trustee at least five business days' notice of the time, place and date of sale.

DATED this _____ day of _____, 2009.

Submitted by:
**WILDE & ASSOCIATES**

By_____
    **GREGORY L. WILDE, ESQ.**
    Attorney for Secured Creditor
    208 South Jones Boulevard
    Las Vegas, Nevada 89107

APPROVED / DISAPPROVED

_____
Elizabeth R. Deflyer
1020 Garces Ave.
Las Vegas, NV 89101
Attorney for Debtor(s)

APPROVED / DISAPPROVED

_____
Rick A. Yarnall
701 Bridger Avenue #820
Las Vegas, NV  89101
Chapter 13 Trustee

ALTERNATIVE METHOD RE: LOCAL RULE 9021:

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):

_____ The court waived the requirements of LR 9021.

_____ No parties appeared or filed written objections, and there is no trustee appointed in the case.

__X__ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

(List Parties)

Debtor's counsel:

_____ approved the form of this order          _____ disapproved the form of this order

_____ waived the right to review the order and/or   __X__ failed to respond to the document

_____ appeared at the hearing, waived the right to review the order

_____ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

_____ approved the form of this order          _____ disapproved the form of this order

_____ waived the right to review the order and/or   __X__ failed to respond to the document

Other Party:_____

_____ approved the form of this order          _____ disapproved the form of this order

_____ waived the right to review the order and/or   _____ failed to respond to the document

Breach Order:

_____ This is an Order Vacating the Stay after the Failure to cure a Declaration of Breach. Copies of

   this proposed order were transmitted to Debtor's counsel and appointed trustee to which

   they have not replied

Submitted by:

/s/ Gregory L. Wilde, Esq.

Gregory L. Wilde, Esq.

Attorney for Secured Creditor